# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Michael Pugh

vs

(Full name of defendant(s))

C/O R. Curts

FILED
1:41 pm, Feb 18, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

Case Number:

1:20-cv-00538-RLY-MPB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __4490 W. Reformatory Rd. Pendleton, IN 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __C/O R. Curts__,
   (Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___N/A___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Pendleton correctional Facility 4490 W. Rematory Rd. Pendleton, IN 46064___   (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On March 24th 2019, (I Michael Pugh Doc# 198207) was being escorted to recreation in G-cellhouse by the (Corrections officer; Curts) Working H-Bracket. As he escorted me to recreation, I stated To (C/O Curts) that cell 17 on my Range also wanted recreation because they skipped his cell. At this time (C/O Curts) began to Verbally state "Fuck cell 17 and his recreation, and how doesn't care if cell 17 got his recreation or Not ever and began threating various other inmates on the Range as Well. As I and (C/O Curts) arrived at the recreation Cages

I stepped into the Recreation cage, in which at this time the (C/o. Curts) then continued still holding my hands cuffed behind my back through the cuff port slot. While holding my arms still (C/o. Curts) then slammed the "rec" cage door on me, while still holding me causing me to use my foot to stop the door so, I wouldn't be hurt by the door slamming close. Doing so (C/o. Curts) then stated that if I kicked the door again he was going to come into the rec. cage and beat my ass. Unable to properly secure the cage door because (C/o Curts) didn't have the rec keys, he again slammed the rec door on me again causing me to use my foot to stop the door from hurting me, in which at that time (C/o Curts) then swung the cage door open Rushing me, slamming me against the rec. cages and began physically choking me and threating to kill me, calling Racial slurrs as well as stating how he had been wanting to catch a murder in prison and how he was a member of the outlaw's gang and knew how to find my family. At that point the other two C/o's were approaching and immeddiately began grabbing (C/o. Curts) in attempts to remove him from the recreation area to stop him from attacking me again. At this point I spit at the C/o for assaulting me, in which (C/o Curts) again rushed both the other 2 C/o's in attempts to get back into my rec-Cage.

To again attack me. Doing so both C/O's had physically restraint (C/O. Curts) so he could'nt get to me again. At this point (C/O. Curts) then became so upset he could'nt get to me he began to yell at the other C/O's stating to them "Your going to protect this little nigger from me". As the 2 C/O's did'nt allow him to get to me, (C/O Curts) then pulled out his O.C spray and began spraying me. At this time I moved to the very back of the recreation cage out of reach of his spray as I was told by the other C/O's as they yelled for (C/O Curts) to stop spraying his spray at me, cause Im not posing any threat at all to anyone and. Im still in handcuffs the entire time. Not doing so the (C/O Curts) continued spraying his spray at me, while yelling for me to bring my "little Nigger ass up to the cage where he could reach me. But I continue standing at the back of the Recreation cage as I was told by the other 2 C/O's. As the other C/O's finally made (C/O. Curts) leave he took his O. spray and began spraying myself and all the other inmates tha were outside as well on his way out. After the other 2 C/O got him away from me; out the Rec cages area, they wer then able to call a signal and request for assistance, in whic I was then taken to medical to be checked out and brought back to G-Cellhouse Segregation units to be giving a shower from being sprayed by the O.C spray.

(Continue from Page-3)

C.  JURISDICTION

☐  I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☑  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 25,000 .

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If I win my lawsuit I Respectfully ask the court to order a award of money asked for, for the use of "excesive force" as well as the Cruel and unusual punishment. I also ask to be awarded for the emotional Distress caused from this incident having been assaulted, choked threaten to be Killed and Called countless Racial slurrs all while being still in handcuffs with my hands Behind my back. As well as this Relief for the Safety for the threats made against my family. for the violation 8th Amendment Right To Be free from cruel and unusual punishment when C/O Curts used excessive force against myself physically and using a chemical agent issued By the Department of Corrections. Thus stepping outside his Duties in which caused him To No longer Be protected by "necessary force To maintain security."

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this __17__ day of __Febuary__ 20_20_.

Respectfully Submitted,

__Michael Pugh__
Signature of Plaintiff

__198207__
Plaintiff's Prisoner ID Number

__4490 W. Reformatory Rd.__

__Pendleton, IN 46064__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.